IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF JOHN R. BROWN
by and through JO ANN BROWN-JENKINS,
ET AL.,                                                                                         PLAINTIFFS,

VS.                                                                  CIVIL ACTION NO. 2:04CV324-P-B

MARINER HEALTH CARE, INC. f/k/a
MARINER POST-ACUTE NETWORK, INC.;
ET AL.,                                                                                         DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiffs' Motion to Remand [15-1] and Defendant West Westbrook's Motion to Dismiss [14-1]. Upon due consideration of the motions and the responses filed thereto, the court finds as follows, to-wit:

It is undisputed that the plaintiffs did not comply with Mississippi Code Annotated § 15-1-36(15)'s requirement that they serve a notice of intent to sue upon the health-care provider West Westbrook 60 days before filing suit. Therefore, the plaintiffs' motion to remand should be denied and Westbrook's motion to dismiss should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion to Remand [15-1] is **DENIED**;

(2) Defendant West Westbrook's Motion to Dismiss [14-1] is **GRANTED**; therefore,

(3) All of the plaintiffs' claims against West Westbrook are **DENIED WITH PREJUDICE**.

**SO ORDERED** this the 31st day of May, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE